UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSSANA REIS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 12-cv-04550-WHO<br><br>**ORDER SETTING DATES AND FURTHER CASE MANAGMENT CONFERENCE** |

On March 14, 2013, Judge Gonzalez Rogers issued a case management and pretrial order in this case. Docket No. 14. On June 27, 2013, this case was reassigned to this Court. In the parties Joint Case Management Statement – filed pursuant to the reassignment order – both sides asked the Court to reinstate the dates approved by Judge Gonzalez Rogers. Docket No. 15.

Pursuant to the parties' agreement, the Court adopts the following case management and pretrial dates:

CASE MANAGEMENT CONFERENCE: Tuesday, 9/24/13 at 2:00 p.m.

REFERRED TO ADR FOR PRIVATE MEDIATION TO BE

COMPLETED BY: 8/16/13

NON-EXPERT DISCOVERY CUTOFF: 9/30/13

DISCLOSURE OF EXPERTS (RETAINED/NONRETAINED):

Opening: 10/4/13

Rebuttal: 10/11/13

EXPERT DISCOVERY CUTOFF: 10/31/13

DISPOSITIVE MOTIONS TO BE HEARD BY: 10/30/13

JOINT PRETRIAL CONFERENCE STATEMENT: 12/20/13

1    PRETRIAL CONFERENCE: Monday, 1/7/14 at 2 pm.

2    TRIAL DATE AND LENGTH: Monday, 1/21/14 at 8:30 a.m. for 4 days

3    (Bench Trial)

5    **IT IS SO ORDERED**.

6    Dated: August 9, 2013

WILLIAM H. ORRICK
United States District Judge